**Terrence BROWNLEE, Plaintiff–Appellant,**

v.

**J. STOCKER; et al., Defendants–Appellees.**

**No. 06–16159.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 3, 2007 *.

Filed Dec. 10, 2007.

Terrence Brownlee, Susanville, CA, pro se.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.      R.App. P. 34(a)(2).

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

MEMORANDUM **

Terrence Brownlee, a California state prisoner, appeals pro se from the district court's order dismissing his 42 U.S.C. § 1983 action alleging the defendants acted with deliberate indifference to his medical needs. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo the district court's dismissal for failure to state a claim, *Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir.2000), and we affirm.

■■■ The district court properly concluded that Brownlee's second amended complaint did not adequately allege deliberate indifference to his serious medical needs. *See Toguchi v. Chung*, 391 F.3d 1051, 1057–60 (9th Cir.2004). Brownlee's complaint demonstrates that he received numerous medical examinations, follow-up appointments, further testing, and various courses of treatment for his complaints of back pain. Brownlee's disagreement with the course of treatment does not give rise to a section 1983 claim. *See id.* at 1059–60.

The district court did not abuse its discretion in denying Brownlee's motion for appointment of counsel because Brownlee failed to demonstrate exceptional circumstances. *See Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir.1991).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* Michael B. Mukasey is substituted for his predecessor, Alberto R. Gonzales, as Attorney

Brownlee's request for judicial notice is denied.

**AFFIRMED.**